IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERASMO HERRERA, MIGUEL PEREZ, and ANA TORRES, § § § § Plaintiffs § § vs. § § ELATINFOOD, LLC, dba ZAGUAN § WORLD BAKERY AND CAFÉ; § ELATINFOOD CAFÉ, LLC; and CARLOS § BRANGER, § § Defendants. § | | CIVIL ACTION NO.  3:16-CV-1370-N |

## ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

Having considered the Parties' Agreed Motion to Dismiss with Prejudice, this Court is of the opinion that the Motion should be GRANTED. It is therefore:

ORDERED, ADJUDGED, AND DECREED that the Agreed Motion to Dismiss with Prejudice is GRANTED.

It is further ORDERED, ADJUDGED, AND DECREED that the above-captioned cause of action is DISMISSED WITH PREJUDICE to the refiling of same. Fees and costs shall be borne by the party incurring same.

THIS IS A FINAL ORDER. All relief not expressly granted herein is DENIED.

SIGNED November 3, 2017.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE